Hand-Delivered

FILED
CHARLOTTE, NC

MAR 19 2019



US DISTRICT COURT
WESTERN DISTRICT OF NC

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF NORTH CAROLINA
(Charlotte Division)

Rashad Ranzy

Plantiff,

COMPLAINT

vs.

Case No. 3:19-cv 132

Crumley Roberts, LLP

Defendant(s).

### A. JURISDICTION

Jurisdiction is proper in this court according to:

__X__ 42 U.S.C. §1983

_____ 42 U.S.C. §1985

_____ Other (Please specify)_____

### B. PARTIES

1. Name of Plaintiff:
   Address: Rashad Ranzy
   1118 Scottsdale Rd
   Charlotte NC, 28217

2. Name of Defendant:
   Address: President: Christopher H. Roberts
   Crumley Roberts, LLP
   2400 Freeman Mill Rd
   Greensboro, NC 27406

   Is employed as ___President___ at ___Crumley Roberts, LLP___
   (Position/Title)           (Organization)

Was the defendant acting under the authority or color of state law at the time these claims occurred? YES_____ NO __X__, if "YES" briefly explain:
_____
_____
_____

3. Name of Defendant:_____
   Address: _____
   _____
   _____

   Is employed as _____ at _____
                    (Position/Title)              (Organization)

   Was the defendant acting under the authority or color of state law at the time these claims occurred? YES_____ NO_____, if "YES" briefly explain:
   _____
   _____
   _____

4. Name of Defendant:_____
   Address: _____
   _____
   _____

   Is employed as _____ at _____
                    (Position/Title)              (Organization)

   Was the defendant acting under the authority or color of state law at the time these claims occurred? YES_____ NO_____, if "YES" briefly explain:
   _____
   _____
   _____

(Use additional sheets if necessary.)

## C. NATURE OF CASE

Why are you bringing this case to court? Please explain the circumstances that led to the problem.

*Additional Sheets: Next pages*

## C. Nature of case

I'm, oppressed and that is a synonym for slavery and the 13th amendment section 1. of the United States Constitution- -the supreme law of the United States of America- prohibits slavery. I "need" "justice," numerous amendments of the United States Constitution-the supreme law of the United states of America- have been denied and disparaged, on my behave and the 9th amendment of the United States Constitution- -the supreme law of the United States of America- prohibits that . I am, a victim, of Race and Disability discrimination, at the hands of the federal government and my mother(I, was functionally illiterate, when I graduated high school, in 2005, the public school system, absolutely, failed me. I became, informally educated, as an adult. A computer, taught me how to read, around 2007 and the World Book dictionary, which has the rules to writing in it, taught me how to write, which was published in 2015 [I, have been homeless, sleeping outside and in shelters, for a substantial amount of years, for the past, approximately, 10 years and learned how to write, by trying to stay away from my mother and family in general and by spending my time at public libraries, in the Chicagoland area, in Illinois. I'm, literally, lucky I can read and write.] Insignificant people; my mother and family in general have cornered me into psychiatric hospitals, numerous times, involuntary or against my own will, and out of all the times I went to psychiatric hospitals, I only went to mental health court once, and the Judge, deemed me, not a person subject to involuntary admission and discharged me. I actually have the court document that states, that I was not a person subject to involuntary admission. My mother has petitioned the "Judiciary" on two different occasions, once in Chicago, IL and once in the city I'm currently in, which is Charlotte, NC, to be my Guardian Ad Litem, but I did not meet the requirement to have a Guardian Ad Litem nor did I want a Guardian Ad Litem. My mother has successfully manipulated the Social Security administration office for my Social Security benefits without my permission. My mother, constantly tests my tolerance and rationalization, and tries to get me on, psychotropic, medications, for no reason. She's, actually frivolous and malicious. I'm trying, to disconnect away from my mother and family in general, but my life has turned into an intricate and there are many dilemmas, because I get deprived and disparaged of life often. My, current living situation, which my mother has chosen, is disparaging and unsafe. The people, I live with, including the property owner, constantly tests my tolerance and rationalization, they start too many confrontations. My, two, roommates also do drugs. I, have also been missing mail, at my address of stay, 1118 Scottsdale rd. Charlotte, NC. As protected by the fourth amendment of the United States Constitution-the supreme law of the United States of America- I have the right, to be left alone and privacy. I have no problem with staying out of trouble, jail or prison, and keeping to myself, I just need to be left alone.), and that is official through the eyes of the "Judiciary," as of 6/29/2015, and those court documents stating that can be gathered. I have, literature, that, literally, states that this nation, U.S.A., is convicted of race superiority and according to, "Dorland's Medical Dictionary" Disability as defined by, the federal government: "inability to engage in any substantial gainful activity by reason of any medically determinable physical or mental impairment which can be expected to last or has lasted for a continuous period of not less than 12 months." I'm, a person subject to <u>arrested developmental</u>- a temporary or permanent cessation of the process of development - and that is my Disability, which is causing me anxiety-physiological concomitants include feelings of impending danger, powerlessness, apprehension and tension- and I have been diagnosed with, Generalized Anxiety Disorder-having anxiety for a least 6 months. Me being a victim, of Race and Disability Discrimination, at the hands of the federal government, is absolutely a "crime" and it "needs" to be "remedied." Attorneys (public defenders); County Judges and District Judges, in general, are

aware that I'm a victim, of Race and Disability Discrimination, at the hands of the federal government and my mother, which is an offence, and the 5th amendment of the United States Constitution- the Supreme law of the United States of America- prohibits being subject to the same offence, which is me being a victim, of Race and Disability Discrimination, at the hands of the federal government and my mother, to be twice put in jeopardy of life or limb. My, life is in jeopardy. I cannot "remedy" it myself, because I'm not endowed with the sophistication too(I am far from a law student or graduate and came into, an, extremely, difficult fight with, violators, especially, of the United States Constitution-the supreme law of the united states of America ); it's too big and complicated for me to handle and the problem keeps getting bigger, referring to me, being victim, of Race and Disability discrimination, at the hands of the federal government and my mother(Since, there is more than one state, involved in me being a victim, of Race and Disability discrimination, at the hands of the federal government and my mother, I am aware that, I'm going to have to go to the Supreme Court of the United States of America, for my, legal issues, to be completely terminated) and there are too many, government agencies or agencies sponsored by the government, depriving and disparaging me of life and I don't know who the, legal, entities are. I, just found out that you cannot sue the "State" and they are only there for criminal prosecution. They, are immune from being sued.

## D. CAUSE OF ACTION

I allege that my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach additional pages)

a. (1) Count 1: *Additional Sheet: Next Page*
   (2) Supporting Facts: (Describe exactly what each defendant did or did not do. State the facts clearly in your own words without citing any legal authority. Use additional sheets if necessary.)
   *Additional Sheet: Next Page*

b. (1) Count 2: _____
   (2) Supporting Facts: (Describe exactly what each defendant did or did not do. State the facts clearly in your own words without citing any legal authority. Use additional sheets if necessary.)

## E. INJURY

How have you been injured by the actions of the defendant(s)?

The law firm, Crumley Roberts, LLP, deprive me of life-that principle whereby organized beings are endowed with certain powers and functions not associated with inorganic matter, as defined in Dorland's Medical Dictionary-by not appointing me an attorney/lawyer ( They, actually, advertise, themselves as having, long-term, disability attorneys, on their website and that shall not be construed to deny or disparage me) to pursue "Justice," getting me out of my ordeal and starting the process of "remedying" me being a victim, of race and disability discrimination at the hands of the federal government and my mother.

## D. Cause of Action

(1)
Count1: Discriminating or depriving of life
(2)
Law firm, Crumley Roberts, LLP, discriminated against my case or complaint, because I'm an African-American, man; the merits and liberty( I, sent law firm, Crumley Roberts, an email stating my case or complaint, on the, 28th of February, 2019, and they did replay with an email and phone call the same day. I, did not talk to anybody, on the phone, from, the law firm, until March 6, 2019, and the, unknown, person I was talking to, was frivolous which is malicious, and tried to put me on a wild chase.). The, law firm, was suppose to appoint me an attorney to consult with and that attorney was to suppose listen; take things into consideration and use all their knowledge and power to get me out of my ordeal( On March 19, 2019 I got jumped by my roommate and her friends and there is a police report of the Incident. To the best of my knowledge their where no arrest made. Things like this occur, because people in general do not act promptly) make sure I do not suffer any more, then start the process of fixing my legal issues or "suing."

D. Cause of Action

*Additional Sheets: Next Pages*

F. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

Have you filed other lawsuits in state or federal court that deal with the same facts that are involved in this action?   YES _____   NO _____

If your answer is "YES", describe each lawsuit. (If there is more than one lawsuit, describe additional lawsuits on additional separate pages, using the same outline.)

1. Parties to previous lawsuits:

Plaintiff(s):_____

Defendants(s):_____


2. Name of court and case or docket number:

_____

3. Disposition (for example, was the case dismissed? Was it appealed? Is it still pending?)

_____

_____

_____

4. Issued raised:

_____

_____

_____

5. When did you file the lawsuit?_____
   Date: Month/Year

6. When was it (will it be) decided?_____

Have you previously sought informal or form relief from the appropriate administrative officials regarding the acts complained of in Part D?  YES _____   NO __X__

If your answer is "YES" briefly describe how relief was sought and the results. If your answer is "NO" explain why administrative relief was not sought.

# F. Previous Lawsuits and Administrative Relief
## First Lawsuit filed

1. Parties to previous lawsuits:
   Plaintiffs(s): Rashad Ranzy
   Defendant(s): Northern District of Illinois
2. Name of court and case or docket number:
   Court: US District Court for the Northern District of Illinois. Docket number: 1:2015cv04714
3. Disposition
   Case, was dismissed with prejudice, because nature of suit was frivolous or fails to state a claim.
4. Issued Raised:
   If, you construe and analyze, the Amendments of the United States Constitution- the supreme law of the United States of America- it, clearly, is saying that no person shall be deprived or disparaged of life. Life, is that principle whereby organized beings are endowed with certain powers and functions not associated with inorganic matter, as defined in Dorland's Medical Dictionary. Right here, in America, people go to, Law School, to become endowed, with the principles and powers, to become attorneys, lawyers and judges, so they can, serve and protect people, function, act accordingly when people come into volition, rather they're the person being violated or the person doing the violating, with the United States Constitution-the supreme law of the United States of America. I, have, been suffering for substantial parts of my life (existence), and, am, literally, lucky to discover the meaning of my suffering, even though, I, have been, experiencing, torture. I'm, a victim, of Race and Disability discrimination, at the hands of the federal government and my mother, and I'm not endowed with the sophistication to remedy it. I, need a, Law School graduate, to remedy me, being a victim, of Race and Disability discrimination, at the hands of the federal government and my mother. I, tried to sue, the Norther District of IL-the state-for an attorney/lawyer, to remedy me being a victim, of race and disability discrimination, at the hands of the federal government and my mother, because I could not find anyone, who had the want and will, to remedy me being a victim of, race and disability discrimination, at the hands of the federal government and my mother, and I could not remedy it myself, because there are too many government agencies or agencies sponsored by the government, depriving and disparaging me of life(I'm basically, being bullied; there is nothing I can do about it, and the problem continues to grow.) and I don't know who the legal entities are. I, also tried to sue, for shelter/housing- a place a refuge to dwell providing safety from danger, attack and observation-because I was homeless, sleeping outside, perplexed and stuck. I just found out, relatively recently, that you cannot sue the "state," and they are only there for criminal prosecution.
   (Food For Thought: In the book <u>George Washington's Rules of Civility: written by George Washington (the first president of the United States of America)</u> George Washington wrote, "Reprehended not the imperfections of others for that belongs to parents, masters, and superiors.")
5. When did the you file the lawsuit: May 28, 2015
6. When was it decided: Jun 29, 2015

## Second Lawsuit filed

1. Parties to previous lawsuits:
   Plaintiffs(s): Rashad Ranzy
   Defendant(s): Zachary T. Fardon
2. Name of court and case or docket number:

Court: US District Court for the Northern District of Illinois. Docket number: 1:2015cv07282

3. Disposition:
   Case, was dismissed with prejudice, because nature of suit was frivolous or fails to state a claim.
4. Issued Raised:
   If, you construe and analyze, the Amendments of the United States Constitution- the supreme law of the United States of America- it, clearly, is saying that no person shall be deprived or disparaged of life. Life, is that principle whereby organized beings are endowed with certain powers and functions not associated with inorganic matter, as defined in Dorland's Medical Dictionary. Right here, in America, people go to, Law School, to become endowed, with the principles and powers, to become attorneys, lawyers and judges, so they can, serve and protect people, function, act accordingly when people come into volition, rather they're the person being violated or the person doing the violating, with the United States Constitution-the supreme law of the United States of America. I, have, been suffering for substantial parts of my life (existence), and, am, literally, lucky to discover the meaning of my suffering, even though, I, have been, experiencing, torture. I'm, a victim, of Race and Disability discrimination, at the hands of the federal government and my mother, and I'm not endowed with the sophistication to remedy it. I, need a, Law School graduate, to remedy me, being a victim, of Race and Disability discrimination, at the hands of the federal government and my mother. I, tried to sue, US Attorney, Zachary T Fardon, for the Norther District of IL-the state-for an attorney/lawyer, to remedy me being a victim, of race and disability discrimination, at the hands of the federal government and my mother, because I could not find anyone, who had the want and will, to remedy me being a victim of, race and disability discrimination, at the hands of the federal government and my mother, and I could not remedy it myself, because there are too many government agencies or agencies sponsored by the government, depriving and disparaging me of life(I'm basically, being bullied; there is nothing I can do about it, and the problem continues to grow.) and I don't know who the legal entities are. I, also tried to sue, for shelter/housing- a place a refuge to dwell providing safety from danger, attack and observation-because I was homeless, sleeping outside, perplexed and stuck. I just found out, relatively recently, that you cannot sue the "state," and they are only there for criminal prosecution.
   (Food For Thought: In the book <u>George Washington's Rules of Civility: written by George Washington (the first president of the United States of America)</u> George Washington wrote, "Reprehended not the imperfections of others for that belongs to parents, masters, and superiors.")
5. When did the you file the lawsuit: August 19, 2015
6. When was it decided: Nov 06, 2015

### Third Lawsuit filed

1. Parties to previous lawsuits:
   Plaintiffs(s): Rashad Ranzy
   Defendant(s): Northern District of Illinois:
2. Name of court and case or docket number
   Court: US District Court for the Northern District of Illinois. Docket number: 1:2015cv10535
3. Disposition
   Case, was dismissed with prejudice, because nature of suit was frivolous or fails to state a claim.

4. Issued Raised:
If, you construe and analyze, the Amendments of the United States Constitution- the supreme law of the United States of America- it, clearly, is saying that no person shall be deprived or disparaged of life. Life, is that principle whereby organized beings are endowed with certain powers and functions not associated with inorganic matter, as defined in Dorland's Medical Dictionary. Right here, in America, people go to, Law School, to become endowed, with the principles and powers, to become attorneys, lawyers and judges, so they can, serve and protect people, function, act accordingly when people come into volition, rather they're the person being violated or the person doing the violating, with the United States Constitution-the supreme law of the United States of America. I, have, been suffering for substantial parts of my life (existence), and, am, literally, lucky to discover the meaning of my suffering, even though, I, have been, experiencing, torture. I'm, a victim, of Race and Disability discrimination, at the hands of the federal government and my mother, and I'm not endowed with the sophistication to remedy it. I, need a, Law School graduate, to remedy me, being a victim, of Race and Disability discrimination, at the hands of the federal government and my mother. I, tried to sue, the Norther District of IL-the state-for an attorney/lawyer, to remedy me being a victim, of race and disability discrimination, at the hands of the federal government and my mother, because I could not find anyone, who had the want and will, to remedy me being a victim of, race and disability discrimination, at the hands of the federal government and my mother, and I could not remedy it myself, because there are too many government agencies or agencies sponsored by the government, depriving and disparaging me of life(I'm basically, being bullied; there is nothing I can do about it, and the problem continues to grow.) and I don't know who the legal entities are. I, also tried to sue, for shelter/housing- a place a refuge to dwell providing safety from danger, attack and observation-because I was homeless, sleeping outside, perplexed and stuck. I just found out, relatively recently, that you cannot sue the "state," and they are only there for criminal prosecution.
(Food For Thought: In the book <u>George Washington's Rules of Civility: written by George Washington (the first president of the United States of America)</u> George Washington wrote, "Reprehended not the imperfections of others for that belongs to parents, masters, and superiors.")
5. When did the you file the lawsuit: November 23, 2015
6. When was it decided: December 1, 2015

Fourth Lawsuit filed

1. Parties to previous lawsuits:
Plaintiffs(s): Rashad Ranzy
Defendant(s): Northern District of Illinois
2. Name of court and case or docket number:
Court: US District Court for the Northern District of Illinois. Docket number: 1:2015cv11841
3. Disposition:
Case, was dismissed with prejudice, because nature of suit was frivolous or fails to state a claim.
4. Issued Raised:
If, you construe and analyze, the Amendments of the United States Constitution- the supreme law of the United States of America- it, clearly, is saying that no person shall be deprived or disparaged of life. Life, is that principle whereby organized beings are endowed with certain powers and functions not associated with inorganic matter, as defined in Dorland's Medical Dictionary. Right here, in America, people go to, Law

School, to become endowed, with the principles and powers, to become attorneys, lawyers and judges, so they can, serve and protect people, function, act accordingly when people come into volition, rather they're the person being violated or the person doing the violating, with the United States Constitution-the supreme law of the United States of America. I, have, been suffering for substantial parts of my life (existence), and, am, literally, lucky to discover the meaning of my suffering, even though, I, have been, experiencing, torture. I'm, a victim, of Race and Disability discrimination, at the hands of the federal government and my mother, and I'm not endowed with the sophistication to remedy it. I, need a, Law School graduate, to remedy me, being a victim, of Race and Disability discrimination, at the hands of the federal government and my mother. I, tried to sue, the Norther District of IL-the state-for an attorney/lawyer, to remedy me being a victim, of race and disability discrimination, at the hands of the federal government and my mother, because I could not find anyone, who had the want and will, to remedy me being a victim of, race and disability discrimination, at the hands of the federal government and my mother, and I could not remedy it myself, because there are too many government agencies or agencies sponsored by the government, depriving and disparaging me of life(I'm basically, being bullied; there is nothing I can do about it, and the problem continues to grow.) and I don't know who the legal entities are. I, also tried to sue, for shelter/housing- a place a refuge to dwell providing safety from danger, attack and observation-because I was homeless, sleeping outside, perplexed and stuck. I just found out, relatively recently, that you cannot sue the "state," and they are only there for criminal prosecution.

(Food For Thought: In the book <u>George Washington's Rules of Civility: written by George Washington (the first president of the United States of America)</u> George Washington wrote, "Reprehended not the imperfections of others for that belongs to parents, masters, and superiors.")

5. When did the you file the lawsuit: December 30,2015
6. When was it decided: January 5, 2016

### Fifth Lawsuit filed

1. Parties to previous lawsuits:
   Plaintiffs(s): Rashad Ranzy
   Defendant(s): Northern District of Illinois
2. Name of court and case or docket number:
   Court: US District Court for the Northern District of Illinois. Docket number: 1:2016cv01733
3. Disposition:
   Case, was dismissed with prejudice, because nature of suit was frivolous or fails to state a claim.
4. Issued Raised:
   If, you construe and analyze, the Amendments of the United States Constitution- the supreme law of the United States of America- it, clearly, is saying that no person shall be deprived or disparaged of life. Life, is that principle whereby organized beings are endowed with certain powers and functions not associated with inorganic matter, as defined in Dorland's Medical Dictionary. Right here, in America, people go to, Law School, to become endowed, with the principles and powers, to become attorneys, lawyers and judges, so they can, serve and protect people, function, act accordingly when people come into volition, rather they're the person being violated or the person doing the violating, with the United States Constitution-the supreme law of the United States of America. I, have, been suffering for substantial parts of my life (existence), and, am, literally, lucky to discover the meaning of my suffering, even though, I, have

been, experiencing, torture. I'm, a victim, of Race and Disability discrimination, at the hands of the federal government and my mother, and I'm not endowed with the sophistication to remedy it. I, need a, Law School graduate, to remedy me, being a victim, of Race and Disability discrimination, at the hands of the federal government and my mother. I, tried to sue, the Norther District of IL-the state-for an attorney/lawyer, to remedy me being a victim, of race and disability discrimination, at the hands of the federal government and my mother, because I could not find anyone, who had the want and will, to remedy me being a victim of, race and disability discrimination, at the hands of the federal government and my mother, and I could not remedy it myself, because there are too many government agencies or agencies sponsored by the government, depriving and disparaging me of life(I'm basically, being bullied; there is nothing I can do about it, and the problem continues to grow.) and I don't know who the legal entities are. I, also tried to sue, for shelter/housing- a place a refuge to dwell providing safety from danger, attack and observation-because I was homeless, sleeping outside, perplexed and stuck. I just found out, relatively recently, that you cannot sue the "state," and they are only there for criminal prosecution.
(Food For Thought: In the book <u>George Washington's Rules of Civility: written by George Washington (the first president of the United States of America)</u> George Washington wrote, "Reprehended not the imperfections of others for that belongs to parents, masters, and superiors.")

5. When did the you file the lawsuit: January 29, 2016
6. When was it decided: May 26, 2016

<u>Sixth Lawsuit filed</u>

1. Parties to previous lawsuits:
Plaintiffs(s): Rashad Ranzy
Defendant(s): Northern District of Illinois
2. Name of court and case or docket number:
Court: US District Court for the Northern District of Illinois. Docket number: 1:2016cv05938
3. Disposition:
Case, was dismissed with prejudice, because nature of suit was frivolous or fails to state a claim.
4. Issued Raised:
If, you construe and analyze, the Amendments of the United States Constitution- the supreme law of the United States of America- it, clearly, is saying that no person shall be deprived or disparaged of life. Life, is that principle whereby organized beings are endowed with certain powers and functions not associated with inorganic matter, as defined in Dorland's Medical Dictionary. Right here, in America, people go to, Law School, to become endowed, with the principles and powers, to become attorneys, lawyers and judges, so they can, serve and protect people, function, act accordingly when people come into volition, rather they're the person being violated or the person doing the violating, with the United States Constitution-the supreme law of the United States of America. I, have, been suffering for substantial parts of my life (existence), and, am, literally, lucky to discover the meaning of my suffering, even though, I, have been, experiencing, torture. I'm, a victim, of Race and Disability discrimination, at the hands of the federal government and my mother, and I'm not endowed with the sophistication to remedy it. I, need a, Law School graduate, to remedy me, being a victim, of Race and Disability discrimination, at the hands of the federal government and my mother. I, tried to sue, the Norther District of IL-the state-for an attorney/lawyer, to remedy me being a victim, of race and disability discrimination, at the hands of the

F. Previous Lawsuits and Administrative Relief Page 5

Case 3:19-cv-00132-GCM   Document 1   Filed 03/19/19   Page 12 of 15

federal government and my mother, because I could not find anyone, who had the want and will, to remedy me being a victim of, race and disability discrimination, at the hands of the federal government and my mother, and I could not remedy it myself, because there are too many government agencies or agencies sponsored by the government, depriving and disparaging me of life(I'm basically, being bullied; there is nothing I can do about it, and the problem continues to grow.) and I don't know who the legal entities are. I, also tried to sue, for shelter/housing- a place a refuge to dwell providing safety from danger, attack and observation-because I was homeless, sleeping outside, perplexed and stuck. I just found out, relatively recently, that you cannot sue the "state," and they are only there for criminal prosecution.

(Food For Thought: In the book <u>George Washington's Rules of Civility: written by George Washington (the first president of the United States of America)</u> George Washington wrote, "Reprehended not the imperfections of others for that belongs to parents, masters, and superiors.")

5. When did the you file the lawsuit: June 7, 2016
6. When was it decided: Sep 26, 2016

## G. REQUEST FOR RELIEF

I believe I am entitled to the following relief:

Additional Sheet: Next page

JURY TRIAL REQUESTED     YES ____    NO  X

Signed at  Charlott, NC  on  3/19/19
      (Location)           (Date)

*[signature]*
Signature

*Address:*

1118 Scottsdale Rd
Charlotte NC, 28217
*Phone:* (704)910-6294
*E-Mail:* Shadgboss241987@gmail.com

## G. Request For Relief

The appropriate, thing to do, is to appoint me an attorney, that will listen; take things into consideration and will not deprive nor disparage me of life. An attorney, who will do their best and not the bare minimum. I "need" an "attorney" who will use all their knowledge and power to relieve me from my ordeal, make sure I don't suffer any more, and start to process of remedying me being a victim, of Race and Disability discrimination, at the hands of the federal government and my mother. My, common sense, tells me that after a, serious, consultation, an excellent and enthusiastic attorney/lawyer, one that is, absolutely, into their profession and not influenced to deprive or disparage me, of my constitutional rights, could get me an apartment, because my current living situation is disparaging and unsafe, and money accommodations for clothing, food and etc. until me being a victim, of Race and Disability discrimination, at the hands of the federal government and my mother, is "terminated."

G. Request For Relife